IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02723-RPM

GLORIA HILL,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
DOUG ARNETT and
DENISE GRUEBEL,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **February 20, 2008, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The motion to dismiss [10] will be heard at that time. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judgesframe.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on February 14, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: January 10, 2008

                                          BY THE COURT:
                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge