IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02723-RPM

GLORIA HILL,

          Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
DOUG ARNETT and
DENISE GRUEBEL,

          Defendants.
_____

ORDER OF REMAND
_____

      Pursuant to the Plaintiff Gloria Hill's Jurisdictional Waiver, filed February 27, 2008, which the Court accepts as judicial admission that the amount in controversy in this civil action does not exceed $75,000.00 and which therefore precludes jurisdiction of this civil action under 28 U.S.C. §1332, it is

      ORDERED that this civil action is remanded to the District Court, City and County of Denver, State of Colorado.

      DATED: April 11th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge